# EXHIBIT A



## MUGHLAI INDIAN CUISINE

We feel that everyone in NYC should have the opportunity to experience the difference Mughlai Indian Cuisine brings to the table, whether you are on the Upper East Side or Kips Bay in Manhattan – the best Indian food in New York is here at Mughlai.

We are New York City's best-kept secret in the search for amazing Indian food. Knowing that, we have decided to share our expertly crafted meals with the entire city, so everyone can have the opportunity to experience an Indian restaurant that holds quality of food and service above all else. Renowned chefs using only the freshest produce and spices to build our robust recipes and finely craft our flavors. Our meats are delivered fresh and undergo a spice and marinade treatment that will make a food adventurer come back week after week for a fresh take on modern Indian cuisine.

Try Mughlai Indian Cuisine today, and you and your family are sure to enjoy a unique dining experience in a friendly and welcoming environment. Our staff has India in their hearts, and they love sharing a truly unique culture with hungry visitors enjoying New York for the first time or our locals who know us as the best Indian food the city has to offer.

**Call one of our two locations today to make a reservation or to place a pick up order to enjoy at home.**

Mughlai Cuisinery received 4.5 stars out of 5 based on 34 reviews on Yelp

## CONTACT INFORMATION

1724 2nd Avenue
New York, NY 10128

 Tel: 212.722.6262

 Tel: 212.722.6200

Fax: 212.722.6161

329 3rd Avenue
New York, NY 10010

Tel: 212.889.0909

Tel: 212.889.2929

Fax: 212.889.3939

255 West 55th Street
New York, NY 10019

Between 8th Avenue and Broadway

Tel: 646.870.0555