# EXHIBIT B




ORDER
ONLINE

UPPER EAST SIDE
1724 2nd Avenue
New York, NY 10128
Tel: 212.722.6262

KIPS BAY
329 3rd Avenue
New York, NY 10010
Tel:
212.889.0909

Mughlai Indian Cuisine
255 West 55th Street
New York, NY 10019
Between 8th Avenue and Broadway
Tel: 646.870.0555



ABOUT
MUGHLAI INDIAN CUISINE

WE OFFER CATERING!

Like

Share

Follow Us

ABOUT US    MENU    LOCATION    CONTACT US

## MISSION
*- Statement -*

Mughlai Indian Cuisine is Manhattan's best choice for an authentic Indian restaurant experience. We cater to the true tastes of India and the diverse citizens of New York by offering a comforting taste of home for some and an entirely new cuisine adventure for others. Our Royal Master Chef's have traveled the world for our recipes and spice blends and are now bringing those unique flavors back with them to NYC so that everyone can enjoy the unique tastes of India.



We believe in offering the highest quality dishes to our patrons, expanding their pallets and senses through food and a welcoming atmosphere. Join us for a meal today and see why Mughlai Indian Cuisine is truly "The Golden Taste of India." Our chef's know that after one bite your culinary world will be opened up to a treasure trove of delicious memories that your friends and family will be excited to enjoy for all occasions.

Our team of Master Chefs also offers full catering services for your next event. Imagine the amazing experience your guests will have while they enjoy a unique menu of Indian food prepared by masters of their craft, who are passionate about their flavors and enjoy bringing happiness to your table.



Mughlai Indian Cuisine has two locations in New York City to serve you, our first is on the Upper East Side; 1724 2nd Avenue, and our second location is located in Kips Bay at 329 3rd Avenue. We are here to serve you for lunch Monday – Sunday 11 a.m. – 3 p.m. with dinner service starting at 5 p.m. on weekdays and 3 p.m. on Saturday and Sunday.

Come in to Mughlai Indian Cuisine today to experience the difference for yourself, or feel free to use our online ordering system to order your take out ahead of time so you can simply pick it up on your way home.

Mughlai Cuisineny received 4.5 stars out of 5 based on 34 reviews on Yelp






ORDER ONLINE

**UPPER EAST SIDE**
1724 2nd Avenue
New York, NY 10128
Tel: 212.722.6262

**KIPS BAY**
329 3rd Avenue
New York, NY 10010
Tel:
212.889.0909

**Mughlai Indian Cuisine**
255 West 55th Street
New York, NY 10019
Between 8th Avenue and Broadway
Tel: 646.870.0555



OUR MENU

WE OFFER CATERING!

 Like

 Share

Follow Us

ABOUT US | MENU | LOCATION | CONTACT US

  

# MUGHLAI
*— Indian Cuisine —*

DINE IN

MUGHLAI SPECIAL

TAKE OUT

ORDER ONLINE

Mughlai Cuisineny Menu received 4.5 stars out of 5 based on 34 reviews on Yelp

© copyright 2016 | All rights reserved

Website Design & Marketing
by **Outreach Local**



UPPER EAST SIDE
1724 2nd Avenue
New York, NY 10128
Tel: 212.722.6262

KIPS BAY
329 3rd Avenue
New York, NY 10010
Tel:
212.889.0909

Mughlai Indian Cuisine
255 West 55th Street
New York, NY 10019
Between 8th Avenue and Broadway
Tel: 646.870.0555

ORDER ONLINE

Like
Share
Follow Us

# CONTACT
## MUGHLAI INDIAN CUISINE

WE OFFER CATERING!

ABOUT US    MENU    LOCATION    **CONTACT US**

# PHONE&
## — *Fax* —

Tel: 212.722.6262

Tel: 212.722.6200

Tel: 646.870.0555

Fax: 212.722.6161

Tel: 212.889.0909

Tel: 212.889.2929

Fax: 212.889.3939

mughlaicuisineny@gmail.com

# CONTACT US

Name

Email

Phone

How did you find out about us

Internet

Your Message

I'm not a robot — reCAPTCHA
Privacy - Terms

SEND



## BUSINESS HOURS

**Lunch**
MON – SUN          11AM – 3PM

**Dinner**
MON – THURS        5PM – 10PM
FRI                5PM – 10:30PM
SAT                3PM – 10:30PM
SUN                3PM – 10PM

ABOUT US | MENU | LOCATION | CONTACT US

© copyright 2016 | All rights reserved

Website Design & Marketing
by Outreach Local