# EXHIBIT C



🔍 Search



**mughlaicuisine**   Follow

236 posts    287 followers    150 following

**Mughlai Indian Cuisine**

Mughlai Indian Cuisine is New York City's Best Choice for an Authentic Indian Food Experience! Our 3 Locations - UES, Murray Hill and Hell's Kitchen!

www.mughlaicuisineny.com






Log In to Instagram
Log in to see photos and videos from friends and discover other accounts you'll love.

Log In
Sign Up







































**Mughlai Indian Cuisine-55th Street**
@mughlai55

Home

See more of Mughlai Indian Cuisine-55th Street on Facebook

Log In      or      Create New Account

Mughlai Indian Cuisine-55th Street
@mughlai55

Home
Reviews
Photos
Posts
Videos
Events
About
Community
Menu

Create a Page

Shop Now          Send Message

Search for posts on this Page

English (US)  Español  Português (Brasil)
Français (France)  Deutsch

Privacy  Terms  Advertising  Ad Choices
Cookies  More
Facebook © 2021

Like    Share    ...

#mint #samosa #mughlai #curryinhurry #chutney #sweetnspicy
#indiancuisine #naan #delivery #takeout #snack #appetizers



MUGHLAI MONDAYS

FINE INDIAN
CUISINE

ORDER DELICIOUS INDIAN FOOD NOW!



Like          Comment          Share

**Mughlai Indian Cuisine-55th Street**
January 21

Gulab Jamun! Ah!

#bf #thursdays #bestdesifood #bestcuisine #mughlaifood #mughlaicuisine
#bestchefs #indianfood #indiancuisine #uppereastsidenyc #hellskitchen
#murrayhillnyc #nycindianfood #nycrestaurants #yummyinmytummy #spices
#bestdessert #hotsthespot #cheeseballs #mughlai #indiandessert #dessert
#tasty #gulab #sweetsyrup #delivery #takeout #snack #gulabjamun

Sweet Indian Cheeseballs



GULAB JAMUN

Like          Comment          Share

**Mughlai Indian Cuisine-55th Street**
January 20

Thank you for the wisdom chef David Chang

#chefdavidchang #davidchang #bestdesifood #bestcuisine #mughlaifood
#mughlaicuisine #daal
#indianfood #indiancuisine #uppereastsidenyc #hellskitchen #murrayhillnyc
#nycindianfood #nycrestaurants #yummyinmytummy #lentils #tamarind
#mint #cilantro #mughlai #chef #chutney #sweetnspicy #naan #delivery
#takeout #snack #appetizers



I don't think there's any
chef that is born great
like in music or in
sports. you have to burn
yourself...messing up
makes you a better chef.

CHEF DAVID CHANG

Like          Comment          Share

**Mughlai Indian Cuisine-55th Street**
January 19

A Paprika fact....

#paprika #sweetchilies #chilies #fresh #masala #veggies #freshveggies
#mughlaifoodfacts #foodie #mughlaifood #mughlaicuisine #newyorkcity
#newyorkcityfood #bestindianfood #yummyinmytummy #healthy #foodie
#desifood #nycrestaurant #uppereastsidenyc #murrayhill #greatfood



   



Mughlai Indian Cuisine - 3rd

**Mughlai Indian Cuisine - 3rd Avenue**

See more of Mughlai Indian Cuisine - 3rd Avenue on Facebook

Log In    or    Create New Account

Mughlai Indian Cuisine - 3rd Avenue

Home
Reviews
Photos
Posts
Videos
About
Community

Create a Page

Like    Share    ···

Call Now    Send Message



See All

## Community
See All
290 people like this
291 people follow this
593 check-ins

## About
See All
329 3rd Ave (1.85 mi)
New York, NY, NY 10010
Get Directions
(212) 889-0909
www.mughlaicuisineny.com
North Indian Restaurant
Hours 11:00 AM - 3:00 PM, 5:00 PM - 10:00 PM
Open Now

### Page Transparency
See More
Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.
Page created - January 21, 2016

## People
★★★★★
290 likes
593 visits

## Related Pages
Tranquil Sharan YOGA — Local Business
Mughlai Indian Cuisine - 2nd Ave... — Indian Restaurant
Mughlai Indian Cuisine-55th Street — North Indian Restaurant
Every Body Balance Yoga, Barre... — Yoga Studio
Bluetooth LED Bulbs — Appliances
See More

## Posts

**Mughlai Indian Cuisine - 3rd Avenue**
January 25
The Best Indian Food In Town!
#mondaymood #mondays #bestdesifood #bestcuisine #mughlaifood #mughlaicuisine #daal #indianfood #indiancuisine #uppereastsidenyc #hellskitchen #murrayhillnyc #nyoindianfood #nycrestaurants #yumminmytummy #lentils #tamarind #mint #samosa #mughlai #curryinhurry #chutney #sweetnspicy #indiancuisine #naan #delivery #takeout #snack #appetizers







1
Like    Comment    Share

**Mughlai Indian Cuisine - 3rd Avenue**
January 21
Gulab Jamun! Ah!
#tbt #thursdays #bestdesifood #bestcuisine #mughlaifood #uppereastsidenyc #bestchefs #indianfood #indiancuisine #uppereastsidenyc #hellskitchen #murrayhillnyc #nyoindianfood #nycrestaurants #yumminmytummy #spices #bestdessert #itsthespot #cheeseballs #mughlai #indiandessert #dessert #tasty #gulab #sweetsyrup #delivery #takeout #snack #gulabjamun





Places > New York, New York > Restaurant > Indian Restaurant > Mughlai Indian Cuisine - 3rd Avenue

English (US) · Español · Português (Brasil) · Français (France) · Deutsch
Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

Indian Restaurant > Mughlai Indian Cuisine - 3rd Avenue

English (US) · Español · Português (Brasil) · Français (France) · Deutsch
Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021