# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:        (212) 465-1188
                        cklee@leelitigation.com

August 16, 2021

**Via ECF**
The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court, S.D.N.Y.
40 Foley Square
New York, New York 10007



Re:   *Joel de Jesus et al., v. Kdem Eats Inc.., et al.*
      Case No. 21-cv-02886(KPF)

Dear Judge Failla:

      We are Counsel to Plaintiffs in the above-captioned case and write to inform the Court that Defendants have not yet produced the information required under the Court's discovery protocols for this case, according to which Court-ordered production was due on August 3, 2021 (Docket 24), On August 5, 2021, the Parties met and conferred telephonically to discuss Defendants' deficient production. Defendants' advised Plaintiffs that Defendants would provide their production to Plaintiffs by August 13, 2021. To date, Plaintiffs have not received the Court-ordered production. Pursuant to Local Rule 37.2, Plaintiffs request an informal conference with the Court for a pre-motion discovery conference. Plaintiffs respectfully request that the Court compel Defendants to produce their required production, so that the parties may enter into meaningful settlement discussions.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:    all parties via ECF

Application GRANTED.  The parties are hereby ORDERED to appear for a telephone conference pursuant to Local Rule 37.2 on August 27, 2021, at 2:00 p.m.  If before this scheduled date, Defendants have made their required productions, the parties shall promptly notify the Court, and this conference will be adjourned.

The dial-in information is as follows: At 2:00 p.m. the parties shall call (888) 363-4749 and enter access code 5123533.  Please note the conference will not be available prior to 2:00 p.m.

Date:    August 17, 2021          SO ORDERED.
         New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE