# Lee Litigation Group, PLLC
148 W. 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   212-465-1188
　　　　　　　　　　cklee@leelitigation.com

December 6, 2021

**Via ECF**
Hon. James L. Cott, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

　　　　　　　　Re:   *De Jesus v. Kdem Eats Inc., et al,*
　　　　　　　　　　　 Case No.: 1:21-cv-02886

Dear Judge Cott:

　　　This office represents Plaintiff in the above-reference matter. Pursuant to the Court's Order (DK 35),  we contacted opposing counsel and obtained three mutually convenient dates to conduct a settlement conference.   The Parties are available the following dates:

　　　　　　　1)　　January 12, 2021;
　　　　　　　2)　　January 18, 2021; and
　　　　　　　3)　　January 20, 2021.

　　　Your Honor's Chamber advised today that the Court  was able to schedule the conference for January 18, 2021, at 2pm. The parties are available telephonically or via videoconference. Please confirm the date, time and instructions for the conference.

　　　We thank Your Honor for consideration on this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.