UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOEL DE JESUS, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                     Plaintiffs,

-v.-

KDEM EATS INC, KARENA FOODS INC, EDA FOOD INC, MAHENDER TULSIANI, and GARY TULSIANI,

                     Defendants.

21 Civ. 2886 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      By letter dated January 21, 2022, Plaintiff informed Magistrate Judge Cott that the parties have been unable to reach a settlement and wish to proceed with the litigation. Accordingly, the parties are hereby ORDERED to submit a revised proposed case management plan and scheduling order on or before February 14, 2022.

      SO ORDERED.

Dated:  January 24, 2022
           New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge