UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL DE JESUS, *on behalf of himself, FLSA Collective Plaintiffs, and the class,*<br><br>　　　　　　　　　　　　　　　Plaintiff,<br><br>　　　　　　-v-<br><br>KDEM EATS INC<br>d/b/a MUGHLAI INDIAN CUISINE,<br>KARENA FOODS INC<br>d/b/a MUGHLAI INDIAN CUISINE,<br>EDA FOOD INC<br>d/b/a MUGHLAI INDIAN CUISINE,<br>MAHENDER TULSIANI and<br>GARY TULSIANI,<br>　　　　　　　　　　　　　　　Defendants. | **Case No.**: 21-cv-02886<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |

　　　　Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Joel De Jesus hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated May 5, 2022, and annexed hereto as **Exhibit A**.

Dated: May 5, 2022　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　C.K. Lee, Esq. (CL 4086)
　　　　　　　　　　　　　　　　　　LEE LITIGATION GROUP, PLLC
　　　　　　　　　　　　　　　　　　148 West 24th Street, 8th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10011
　　　　　　　　　　　　　　　　　　Tel.: (212) 465-1188
　　　　　　　　　　　　　　　　　　Fax: (212) 465-1181
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2022, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Jason Mizrahi, Esq.
Attorneys for Defendants
60 East 42nd Street, Suite 4700
New York, New York 10165
Telephone: (212) 792-0048
Email: Jason@levinepstein.com

By: _____
C.K. Lee, Esq.