**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOEL DE JESUS, *on behalf of himself, FLSA Collective Plaintiff, and the Class*,<br><br>                                        Plaintiff,<br><br>                 -v-<br><br>KDEM EATS INC<br>d/b/a MUGHLAI INDIAN CUISINE,<br>KARENA FOODS INC<br>d/b/a MUGHLAI INDIAN CUISINE,<br>EDA FOOD INC<br>d/b/a MUGHLAI INDIAN CUISINE,<br>MAHENDER TULSIANI and<br>GARY TULSIANI,<br><br>                                        Defendants. | **Case No.**: 21-cv-02886<br><br>**[PROPOSED]**<br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Kdem Eats Inc d/b/a Mughlai Indian Cuisine, Karena Foods Inc d/b/a Mughlai Indian Cuisine, Eda Food Inc d/b/a Mughlai Indian Cuisine, Mahender Tulsiani and Gary Tulsiani (collectively, "Defendants"), having offered to allow Plaintiff Joel De Jesus ("Plaintiff") to take a judgment against them, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00), inclusive of all of Plaintiff's wage claims for relief, damages, attorney's fees, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated May 5, 2022 and filed as Exhibit A to Docket Number 42;

**WHEREAS**, on May 5, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 42);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Joel De Jesus, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00), in

accordance with the terms and conditions of Defendants' Rule 68 Offer dated May 5, 2022 and filed as Exhibit A to Docket Number 42. The Clerk of Court is directed to close the case.

**SO ORDERED:**

Dated: _____, 2022        _____
      New York, New York                                    U.S.D.J.